**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00698-CV

### IN RE NOLEN HOMES & INTERIOR, LLC, AMY NOLEN AND CLINT NOLEN, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03259-D**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **DENY** as moot relators' motion for emergency stay. We **ORDER** relators to bear the costs of this original proceeding.

/s/    ADA BROWN
        JUSTICE